UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

- v. -

LATIFAH ABDUL-KHALIQ,

           Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Latifah Abdul-Khaliq's sentencing will take place on **November 5, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Abdul-Khaliq are due by **October 15, 2021**. The Government's submission is due by **October 22, 2021**.

    The Probation Department is directed to prepare a presentence investigation report for Defendant Abdul-Khaliq.

Dated: New York, New York
       June 30, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

1