# ANTHONY L. RICCO
ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

STEVEN Z. LEGON
*Of Counsel*

**MEMO ENDORSED:**
Defendant Latifah Abdul-Khaliq's sentencing, currently scheduled for November 5, 2021, is adjourned to **January 5, 2022 at 10:00 a.m.** Any submissions on behalf of the Defendant are now due on December 15, 2021. The Government's submission is now due on December 22, 2021.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: October 20, 2021

October 14, 2021

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Latifah Abdul-Khaliq,* Do

Dear Judge Gardephe:

Defense counsel respectfully submits this letter motion to request a sixty day adjournment of sentencing in the above-referenced criminal matter, which is presently scheduled for Friday, November 5, 2021, at 11:00 a.m.

As a result of defense counsel's extraordinary, Covid-19 pandemic related backlog of cases, including another sentencing matter before this court which is scheduled to take place on November 23, 2021, defense counsel seeks adequate additional time to prepare and submit a comprehensive sentencing submission on behalf of the defendant, Latifah Abdul-Khaliq.

A.U.S.A. Louis Pellegrino has been informed of defense counsel's intention to file this application, and has no objection on behalf of the government. Additionally, no previous requests for an adjournment have been made in this matter.

Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*

Anthony L. Ricco

cc:  A.U.S.A. Louis Pellegrino (By E.C.F.)