# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
———
TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 22, 2021

November 22, 2021

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        **Re: *United States v. Latifah Abdul-Khaliq*, Docket No. 19 Cr. 789 (PGG)**

Dear Judge Gardephe:

      The purpose of this letter is to request a temporary modification of defendant Latifah Abdul-Khaliq's conditions of pretrial release, to permit her to travel to Richmond, Virginia, for the purpose of celebrating the Thanksgiving holiday with her mother. Specifically, Latifah Abdul-Khaliq requests permission to fly from New York City to Richmond, Virginia on Tuesday, November 23, 2021, returning to New York City on Saturday, November 27, 2021. If this application is granted, Latifah Abdul-Khaliq would stay at the home of her mother, which is located at 5400 Montbrook Circle, Apt. A, Richmond, Virginia, and would be reachable by cell phone at all times during her travel.

      A.U.S.A. Louis Pellegrino and Pretrial Services Officer Dayshawn Bostic have been informed of counsel's intention to file this application, and neither has any objection.

      Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

                                      Respectfully,

                                      *Anthony L. Ricco*
                                      Anthony L. Ricco

cc: A.U.S.A. Louis Pellegrino (By E.C.F.)
cc: Pretrial Services Officer Dayshawn Bostic (By Email)