# ANTHONY L. RICCO
ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

February 4, 2022

By E.C.F.
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 7, 2022

Re: *United States v. Latifah Abdul-Khaliq*, Docket No. 19 Cr. 789 (PGG)

Dear Judge Gardephe:

The purpose of this letter is to request a temporary modification of defendant Latifah Abdul-Khaliq's conditions of pretrial release, to permit her to travel to Richmond, Virginia, for the purpose of visiting with her mother and her grandson prior to being sentenced. Specifically, Latifah Abdul-Khaliq requests permission to fly from New York City to Richmond, Virginia on Thursday, February 10 2022, returning to New York City on Monday, February 21, 2022. If this application is granted, Latifah Abdul-Khaliq would stay at the home of her mother, which is located at 5400 Montbrook Circle, Apt. A, Richmond, Virginia, and would be reachable by cell phone at all times during her travel.

A.U.S.A. Louis Pellegrino and Pretrial Services Officer Francesca Tessier-Miller have been informed of counsel's intention to file this application, and neither has any objection.

Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

cc: A.U.S.A. Louis Pellegrino (By E.C.F.)
cc: Pretrial Services Officer Francesca Tessier-Miller (By Email)