# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

March 1, 2022

By E.C.F.
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 1, 2022

Re: *United States v. Latifah Abdul-Khaliq*, Docket No. 19 Cr. 789 (PGG)

Dear Judge Gardephe:

The purpose of this letter is to request a temporary modification of defendant Latifah Abdul-Khaliq's conditions of pretrial release, to permit her to travel to Durham, North Carolina, for the purpose of obtaining tutoring for classes which she is currently taking online at Wake Technical Community College, which is located in Raleigh, North Carolina, near where Ms. Abdul-Khaliq resided prior to her recent relocation back to New York. Although the classes are virtual, Ms. Abdul-Khaliq wishes to obtain in-person tutoring offered by persons familiar with the actual classes that she is taking.

Specifically, Latifah Abdul-Khaliq requests permission to travel from New York City to Durham, North Carolina on March 2, 2022, returning to New York City on March 31, 2022. If this application is granted, Latifah Abdul-Khaliq would stay at the home of her friend, Anthony Beiser, which is located at 2234 Holly Hill Drive, Durham, North Carolina, and would be reachable by cell phone at all times during her travel.

A.U.S.A. Louis Pellegrino and Pretrial Services Officer Francesca Tessier-Miller have been informed of counsel's intention to file this application, and neither has any objection.

Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

cc: A.U.S.A. Louis Pellegrino (By E.C.F.)
cc: Pretrial Services Officer Francesca Tessier-Miller (By Email)