# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

May 3, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 6, 2022

**Re: *United States v. Latifah Abdul-Khaliq*, Docket No. 19 Cr. 789 (PGG)**

Dear Judge Gardephe:

The purpose of this letter is to request a modification of defendant Latifah Abdul-Khaliq's conditions of pretrial release, to permit her to temporarily relocate from her present residence in Brooklyn, New York, to her mother's home in Richmond, Virginia, until June 10, 2022, which is the date that she is scheduled to self surrender at FPC Alderson, which is located in Alderson, West Virginia.

This modification is being requested, because Latifah Abdul-Khaliq just recently learned that her roommate will be vacating her present residence, and Latifah Abdul-Khaliq cannot sustain the rent by herself. Moreover, Latifah Abdul-Khaliq would like to move all of her possessions to her mother's home to be stored during the period of her imprisonment. Finally, Alderson, West Virginia is closer and more convenient to travel to from Richmond, Virginia than Brooklyn, New York.

If this application is granted, Latifah Abdul-Khaliq would reside at the home of her mother, which is located at 5400 Montbrook Circle, Apt. A, Richmond, Virginia, and would be reachable by cell phone at all times.

A.U.S.A. Louis Pellegrino has been informed of counsel's intention to file this application, and does not have any objection on behalf of the government.

Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*/s/ Anthony L. Ricco*

Anthony L. Ricco

cc: A.U.S.A. Louis Pellegrino (By E.C.F.)