# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926

tonyricco@aol.com

May 20, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: May 23, 2022

          **Re:** *United States v. Latifah Abdul-Khaliq*, Docket No. 19 Cr. 789 (PGG)

Dear Judge Gardephe:

        The purpose of this letter motion is to request a modification of defendant Latifah Abdul-Khaliq's conditions of pretrial release, to permit her to travel from her present residence, located at 5400 Montbrook Circle, Apt. A, Richmond, Virginia, to Durham, North Carolina, so that she may visit with her son, Mustafa Abdul-Khaliq, one last time prior to her scheduled BOP surrender date of June 10, 2022.

        If this application is granted, Latifah Abdul-Khaliq would travel by car and stay at the home of her friend, Anthony Beiser, which is located at 2234 Holly Hill Drive, Durham, North Carolina. Additionally, she would be reachable by cell phone at all times during her travel.

        A.U.S.A. Louis Pellegrino and Pretrial Services Officer Francesca Tessier-Miller have been informed of counsel's intention to file this application, and neither has any objection.

        Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

                                Respectfully,

                                *Anthony L. Ricco*
                                Anthony L. Ricco

cc: A.U.S.A. Louis Pellegrino (By E.C.F.)